CLARENCE L. BOSTIAN, JR., AND/OR FRANKLIN TOWNSHIP TAXPAYERS ASSOCIATION, INC., PETITIONER-APPELLANT, v. FRANKLIN STATE BANK, TOWNSHIP OF FRANKLIN, RESPONDENT-RESPONDENT-CROSS-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued March 6, 1979—Remanded April 5, 1979.

Submitted After Remand May 2, 1980—Decided May 21, 1980.

Before Judges ARD and ANTELL.

*Rosenblum & Rosenblum*, attorneys for petitioner-appellant.

*Norris, McLaughlin & Marcus*, attorneys for respondent-cross-appellant.

PER CURIAM.

We have received from the Judge of the Tax Court, 1 *N.J. Tax.* 270, on our remand of this matter, 167 *N.J.Super.* 564, explicit and detailed findings of fact, all of which might reasonably have been reached on sufficient credible evidence in the whole record. He has also set forth his soundly reasoned conclusions of law.

We affirm substantially for the reasons there expressed.